THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENT A. KROEMER, Appellant. [926 NYS2d 839]—Motion for writ

of error coram nobis denied. Present—Scudder, P.J., Fahey, Peradotto, Green and Martoche, JJ.